■ ERIC S. GRAY et al., Respondents, v. W. TOM WARD, as Mayor of the Incorporated Village of Valley Stream, et al., Respondents, and NATHAN

SEROTA et al., Appellants.— Judgment of the Supreme Court, Nassau County, entered June 14, 1973, affirmed, with $20 costs and disbursements to petitioners-respondents, on the opinion of the learned Justice at Special Term. Latham, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur. [74 Misc 2d 50.]